Michael R. Mordaunt, Esq., Bar No. 66911
Corinne K. Reynolds, Esq., Bar No. 176447
RIGGIO MORDAUNT KELLY & LUTTERMAN
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CAROLINA NAVARRO<br><br>        Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION and DOES 1 through 50<br><br>        Defendant(s). | Case No. 2:11-CV-00041-GEB-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR DISCLOSURE OF EXPERT WITNESSES** |

WHEREAS the parties agree that a continuance of the dates concerning disclosure of expert witnesses is in their mutual interest to allow additional time for the completion of party depositions in this matter,

IT IS HEREBY STIPULATED AND AGREED that mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before January 20, 2012, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before February 20, 2012.  All other dates in the court's Scheduling Order shall remain in effect.

Dated:  9/14/11                               LAW OFFICE OF OMAR GONZALEZ


                                              By:    /s/
                                                 Steven Wanderer, Esq.
                                                 Attorney for Plaintiff
                                                 CAROLINA NAVARRO

/ / /

1

STIPULATION AND PROPOSED ORDER

Dated: 9/14/11                                    RIGGIO MORDAUNT KELLY & LUTTERMAN

By: /s/
    Michael R. Mordaunt, Esq.
    Attorneys for Defendant
    TARGET CORPORATION

## ORDER

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:  Mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before January 20, 2012, and the mutual disclosure of any authorized rebuttal expert witnesses and exchange of reports shall take place on or before February 20, 2012.

Dated: September 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

STIPULATION AND PROPOSED ORDER