IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLINA NAVARRO,  )
                   )   2:11-cv-00041-GEB-JFM
     Plaintiff,    )
                   )
     v.            )   ORDER AMENDING THE STATUS
                   )   (PRETRIAL SCHEDULING) ORDER
TARGET CORPORATION,)
                   )
     Defendant.    )
_____)

Pursuant to the parties' Stipulation for Disclosure of Witnesses and Completion of Discovery filed on February 24, 2012, the Status (Pretrial Scheduling) Order is amended as follows:

All discovery shall be completed by August 13, 2012; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before June 4, 2012, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before July 5, 2012; the last hearing date for motions shall be October 9, 2012, commencing at 9:00 a.m.; the final pretrial conference is set for December 3, 2012, at 2:30 p.m. in courtroom 10; and trial commences at 9:00 a.m. on March 12, 2013, in courtroom 10.

Dated: February 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge