Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

| | |
|---|---|
| CAROLINA NAVARRO | Case No. 2:11-CV-00041-GEB-JFM |
| Plaintiff(s), | **STIPULATION FOR DISCLOSURE OF WITNESSES AND COMPLETION OF DISCOVERY AND ORDER** |
| vs. | |
| TARGET CORPORATION and DOES 1 through 50 | |
| Defendant(s). | |

WHEREAS the plaintiff remains being treated by her orthopedist at Kaiser. The deposition of the Kaiser physician was initially scheduled for February 16, 2012, however plaintiff subsequently learned that she would be undergoing an additional surgery. In light of this new information, the deposition of plaintiff's physician was postponed until after the additional surgery and has been re-set for June 26, 2012. In the meantime, defendant has also issued a subpoena for updated medical records in light of this additional surgery, that have not yet been produced by Kaiser. Once the deposition can be completed and updated medical records are obtained, the parties need an opportunity to consider the issues and retain those experts necessary to respond to the damage issues resulting from the outcome of this information. Complete and updated medical information is also necessary for retained expert witnesses to provide a complete report for expert disclosures. Trial in this action is not set to commence until March 12, 2013.

1

STIPULATION FOR DISCLOSURE OF WITNESSES AND COMPLETION OF DISCOVERY AND PROPOSED ORDER

THEREFORE, it is hereby stipulated and agreed that mutual disclosure of expert witnesses and exchange of expert report shall take place on or before August 27, 2012 and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before September 27, 2012.

IN ADDITION, the parties hereby stipulate and agree that the discovery cut-off date of August12, 2012 be extended to October 31, 2012.

The parties request that the trial date currently scheduled for March 12, 2013 remain in place.

Dated:  May 31, 2012                           LAW OFFICE OF OMAR GONZALEZ

                                               By:   /s/
                                                   Steven Wanderer, Esq.
                                                   Attorney for Plaintiff
                                                   CAROLINA NAVARRO

Dated:  May 31, 2012                           RIGGIO MORDAUNT & KELLY

                                               By:   /s/
                                                   Michael R. Mordaunt, Esq.
                                                   Attorneys for Defendant
                                                   TARGET CORPORATION

**ORDER**

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:  Mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before August 27, 2012, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before September 27, 2012. In addition, the discovery cut-off date shall be extended to October 31, 2012.

**Date:  5/31/2012**

GARLAND E. BURRELL, JR.
United States District Judge

2

STIPULATION FOR DISCLOSURE OF WITNESSES AND COMPLETION OF DISCOVERY AND PROPOSED ORDER