1   Michael R. Mordaunt, Esq., Bar No. 66911
    Lori A. Reihl, Esq., Bar No. 246395
2   RIGGIO MORDAUNT & KELLY
    A Professional Law Corporation
3   2509 West March Lane, Suite 200
    Stockton, CA  95207
4   Telephone: (209) 473-8732

5   Attorneys for Defendant
    TARGET CORPORATION

6

7

8                      UNITED STATES DISTRICT COURT

9

10

11  CAROLINA NAVARRO                ) Case No. 2:11-CV-00041-GEB-JFM
                                    )
12            Plaintiff(s),         ) **STIPULATION FOR DISCLOSURE OF**
                                    ) **WITNESSES AND COMPLETION OF**
13  vs.                             ) **DISCOVERY AND  ORDER**
                                    )
14  TARGET CORPORATION and DOES     )
    1 through 50                    )
15                                  )
              Defendant(s).         )
16  _____)

17         WHEREAS the plaintiff remains being treated by her orthopedist at Kaiser.  The deposition

18  of the Kaiser physician was initially scheduled for February 16, 2012, however plaintiff

19  subsequently learned that she would be undergoing an additional surgery.  In light of this new

20  information, the deposition of plaintiff's physician was postponed until after the additional surgery

21  and has been re-set for June 26, 2012.  In the meantime, defendant has also issued a subpoena for

22  updated medical records in light of this additional surgery, that have not yet been produced by

23  Kaiser.  Once the deposition can be completed and updated medical records are obtained, the

24  parties need an opportunity to consider the issues and retain those experts necessary to respond to

25  the damage issues resulting from the outcome of this information.  Complete and updated medical

26  information is also necessary for retained expert witnesses to provide a complete report for expert

27  disclosures.  Trial in this action is not set to commence until March 12, 2013.

28                                      1

    _____
    STIPULATION FOR DISCLOSURE OF WITNESSES AND COMPLETION OF DISCOVERY AND PROPOSED
    ORDER

1      THEREFORE, it is hereby stipulated and agreed that mutual disclosure of expert witnesses

2  and exchange of expert report shall take place on or before August 27, 2012 and the mutual

3  disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before

4  September 27, 2012.

5      IN ADDITION, the parties hereby stipulate and agree that the discovery cut-off date of

6  August12, 2012 be extended to October 31, 2012.

7      The parties request that the trial date currently scheduled for March 12, 2013 remain in

8  place.

9  Dated:  May 31, 2012                          LAW OFFICE OF OMAR GONZALEZ

10                                               By:   /s/
                                                     Steven Wanderer, Esq.
11                                                   Attorney for Plaintiff
                                                     CAROLINA NAVARRO
12  Dated:  May 31, 2012                          RIGGIO MORDAUNT & KELLY

13                                               By:   /s/
14                                                   Michael R. Mordaunt, Esq.
                                                     Attorneys for Defendant
15                                                   TARGET CORPORATION

                                        **ORDER**
16
        Good cause having been shown,
17
        IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order
18
   relative to this matter is modified as follows:  Mutual disclosure of expert witnesses and exchange
19
   of expert reports shall take place on or before August 27, 2012, and the mutual disclosure of
20
   rebuttal expert witnesses and exchange of reports shall take place on or before September 27, 2012.
21
   In addition, the discovery cut-off date shall be extended to October 31, 2012.
22
        **Date:  5/31/2012**
23

24                                               _____
                                                 GARLAND E. BURRELL, JR.
25                                               United States District Judge

26

27

28                                      2

STIPULATION FOR DISCLOSURE OF WITNESSES AND COMPLETION OF DISCOVERY AND PROPOSED
ORDER