IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROLINA NAVARRO, | ) | |
| | ) | 2:11-cv-00041-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER MODIFYING STATUS |
| | ) | (PRETRIAL SCHEDULING) ORDER |
| TARGET CORPORATION AND DOES 1 THROUGH 50, | ) | AND DEEMING MOTION FOR PHYSICAL EXAMINATION |
| | ) | WITHDRAWN |
| Defendants. | ) | |
| _____ | ) | |

On September 28, 2012, the parties filed a stipulation which includes a request for an order modifying the disclosure date on which any contradictory and/or rebuttal expert disclosure authorized under Rule 26 shall be disclosed. In light of the parties' stipulation and their request, Defendant's motion to compel Plaintiff's physical examination (ECF No. 31) and Plaintiff's Motion for Sanctions under Federal Rule of Civil Procedure 37 (ECF No. 32) are deemed withdrawn; the telephonic hearing scheduled on these motions before the magistrate judge on October 9, 2012, at 11:00 a.m. is vacated. Further, the Status Order is modified as follows:

Any contradictory and/or rebuttal expert disclosure authorized under Rule 26 shall be disclosed on or before December 21, 2012; all discovery shall be completed by January 30, 2013; the last hearing date for motions shall be February 25, 2013, commencing at 9:00 a.m.; the

1  final pretrial conference is set for April 29, 2013, at 11:00 a.m. in
2  courtroom 10; and trial commences at 9:00 a.m. on July 30, 2013, in
3  courtroom 10.

4  Dated:  October 1, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```