IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLINA NAVARRO,            )
                             )   2:11-cv-00041-GEB-JFM
          Plaintiff,         )
                             )
     v.                      )   ORDER RE: SETTLEMENT AND
                             )   DISPOSITION
TARGET CORPORATION,          )
                             )
          Defendant.         )
_____)

        Defendant filed a "Notice of Settlement" on December 19, 2012, in which it states: "this matter has settled[, and d]ocuments dismissing the action ar forthcoming." (ECF No. 38.)

        Therefore, a dispositional document shall be filed no later than January 9, 2013. See E.D. Cal. R. 160(b)(prescribing that dispositional documents shall be filed within twenty-one days of the date the notice of settlement is filed absent good cause to extend the deadline). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. Id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  December 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1